IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-0351-CG-N ) |
| D. R. HORTON, INC. - BIRMINGHAM, | ) ) ) |
| Defendant. | ) |

**ORDER**

The parties having filed a Notice of Settlement and Request to be Removed from February 8, 2017 Pretrial Docket (Doc. 92), it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated. The pretrial conference set for February 8, 2017 is **CANCELLED**.

**DONE and ORDERED** this 1st day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE